IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE MACNEIL STUDIO LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-10532

Judge Robert W. Gettleman

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 28 | Prettyday |
| 31 | Washall Direct |
| 33 | BADUS |
| 35 | HYSC |
| 43 | Vinciph |
| 44 | New Boss |
| 45 | ZFanSHI |
| 106 | POWER SELLER SHOP |

DATED:  October 20, 2025				Respectfully submitted,

						*/s/ Keith A. Vogt*
						Keith A. Vogt
						IL Bar No. 6207971; FL Bar No. 1036084
						Keith A. Vogt PLLC
						15275 Collier Boulevard, Ste. 201-2061
						Naples, Florida 34119-6750
						Telephone: 312-971-6752
						E-mail: keith@vogtip.com

						***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 20, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt