IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MACNEIL STUDIO LTD., | |
| Plaintiff, | Case No.: 1:25-cv-10532 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 9 | yu yi art poster |
| 39 | yu tao Original poster |
| 74 | Blooming means blooming |
| 80 | Thegood poster |
| 82 | cartoon posters local |
| 83 | Home of Posters |
| 85 | Life is so wonderful |
| 86 | Oil Painting Arter |
| 87 | Oil Painting Housez |
| 88 | The House of Poster Art |
| 111 | colorfulifeshop |

DATED:  October 31, 2025	Respectfully submitted,

<u>/s/ Keith A. Vogt</u>
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 31, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt